IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAWN BLITCHINGTON,

       Appellant,

 v.

                                Case No.  5D23-8
                                LT Case No. 45-2018-000637

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 20, 2023

Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

Jessica J. Yearly, Public Defender, and
David Alan Henson, Special Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General, and
Michael L. Schaub, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and JAY, JJ., concur.